```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18020
   LATOYA S TRAYLOR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0926


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 10/02/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 12/04/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------
GMAC                     CURRENT MORTG          .00           .00            .00
GMAC                     SECURED VEHIC      5334.10           .00            .00
AT & T BANKRUPCTY        UNSECURED         NOT FILED          .00            .00
CAPITAL RECOVERY         UNSECURED         NOT FILED          .00            .00
CLEARCHECK INC           UNSECURED         NOT FILED          .00            .00
DIRECT CHECKS UNLIMITED  UNSECURED         NOT FILED          .00            .00
GUARANTY BANK            UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          2529.24           .00            .00
SPRINT                   UNSECURED         NOT FILED          .00            .00
SPRINT                   NOTICE ONLY       NOT FILED          .00            .00
SPRINT                   UNSECURED         NOT FILED          .00            .00
TARGET NATIONAL BANK     UNSECURED         NOT FILED          .00            .00
TARGET                   NOTICE ONLY       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED           367.00           .00            .00
GMAC                     UNSECURED         16759.86           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          1534.30           .00            .00
MIDLAND CREDIT MANAGEMEN UNSECURED           587.11           .00            .00
VERONICA D JOYNER        DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         -----------          -----------
TOTALS                        .00                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18020 LATOYA S TRAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 18020 LATOYA S TRAYLOR